## Commonwealth *v*. Call, Appellant.

Before SMILLIE, J.

Submitted September 11, 1975. *Harry L. Green,* Assistant Public Defender, for appellant; No ap-

pearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: The sentences imposed by the court below are vacated and the case is remanded for resentencing. While each sentence viewed alone is lawful, the imposition of consecutive sentences which, when combined, exceed the maximum which had previously been imposed under the concurrent sentences, constitutes a violation of double jeopardy. *Commonwealth v. Taylor*, 238 Pa. Superior Ct. 232, 357 A.2d 562 (1975).

SPAETH, J., concurs in the result.